# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**Miguel Feliciano,**
      **Plaintiff**

    v.

**Michael Astrue,**
      **Defendant**

**CIVIL ACTION**

**NO. 10-10066-NMG**

### Order of Dismissal
**December 2, 2010**

Gorton, D. J.

In accordance with the Courts allowance of defendant's motions to dismiss (docket no. 9), it is hereby Ordered this case is Dismissed.

**Approved,**

/s/ Nathaniel M. Gorton,
**United States District Judge**

**By the Court,**

/s/ Craig J. Nicewicz
**Deputy Clerk**

(Dismendo.ord - 09/92)      [odism.]